| | |
|---|---|
| KAREN VATEL,<br><br>*Plaintiff,*<br><br>vs.<br><br>ALLIANCE OF AUTOMOBILE MANUFACTURERS, INC. and<br><br>DAVID K. MCCURDY, As Chief Executive Officer and President of the Alliance of Automobile Manufacturers, and Individually.<br><br>*Defendants.* | **IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**<br><br>CIVIL ACTION NO. _____<br><br><br>**DEFENDANT ALLIANCE OF AUTOMOBILE MANUFACTURERS, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

I, the undersigned, counsel of record for Defendant Alliance of Automobile Manufacturers, Inc., certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of the Alliance of Automobile Manufacturers, Inc. which have any outstanding securities in the hands of the public.

This representation is made in order that judges of this Court may determine the need for recusal.

DATED this 18th day of March 2008.

Respectfully submitted,

VENABLE LLP

Trevor S. Blake, II
Bar No. 974319
Phone: (202) 344-4000
Email: tsblake@venable.com

Ari Karen
Bar No. 458963
Phone: (202) 344-4649
Email: akaren@venable.com

575 7th Street, NW
Washington, DC 20004

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I, Trevor S. Blake, II, hereby certify that on this 18th day of March 2008, a true and correct copy of the foregoing **Defendant Alliance of Automobile Manufacturers, Inc.'s Rule 7.1 Corporate Disclosure Statement** has been served, via first-class U.S. Mail with postage prepaid, upon Plaintiff's counsel identified below:

> Megins S. Skolnick
> 1625 Massachusetts Ave., N.W.
> Suite 500
> Washington, D.C. 20036

Dated this 18th day of March 2008.

_____
Trevor S. Blake, II