**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KAREN VATEL,<br><br>*Plaintiff*<br><br>vs.<br><br>ALLIANCE OF AUTOMOBILE MANUFACTURERS, INC. and<br><br>DAVID K. MCCURDY, As Chief Executive Officer and President of the Alliance of Automobile Manufacturers, and Individually,<br><br>*Defendants.* | CIVIL ACTION NO. 1:08-cv-00467-RJL |

**CERTIFICATE OF SERVICE**

    I, Trevor S. Blake, hereby certify that on this 28th day of March 2008, a true and correct copy of Judge Richard Leon's March 25, 2008 CASE MANAGEMENT ORDER has been served, via first-class U.S. Mail with postage prepaid, upon Plaintiff's counsel identified below:

        Megins S. Skolnick, Esq.
        Klimaski & Associates, P.C.
        1625 Massachusetts Ave., N.W.
        Suite 500
        Washington, D.C. 20036

    Plaintiff's counsel is a registered user of the CM/ECF system and is able to accept electronic filing. By operation of the Court's electronic filing system, notice of this Order also was sent to all parties' counsel who may access the Order through that system.

Dated this 28th day of March 2008.        /s/ Trevor S. Blake, II
                                                            Trevor S. Blake, II