## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN VATEL,<br><br>*Plaintiff*<br><br>vs.<br><br>ALLIANCE OF AUTOMOBILE MANUFACTURERS, INC. and<br><br>DAVID K. MCCURDY, As Chief Executive Officer and President of the Alliance of Automobile Manufacturers, and Individually,<br><br>*Defendants.* | CIVIL ACTION NO. 1:08-cv-00467-RJL |

### ENTRY OF APPEARANCE FOR COUNSEL FOR DEFENDANTS

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Ari Karen as counsel in this case for the Alliance of Automobile Manufacturers, Inc. and David K. McCurdy.

DATED this 11th day of April 2008.          Respectfully submitted,

VENABLE LLP


/s/ Ari Karen
Ari Karen
Bar No. 458963
Phone: (202) 344-4649
Email: akaren@venable.com
575 7th Street, NW
Washington, DC 20004

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I, Ari Karen, hereby certify that on this 11th day of April 2008, a true and correct copy of the foregoing **Entry of Appearance of Counsel for Defendants** has been served, via first-class U.S. Mail with postage prepaid, upon Plaintiff's counsel identified below:

        Megins S. Skolnick
        1625 Massachusetts Ave., N.W.
        Suite 500
        Washington, D.C. 20036


Dated this 11th day of April 2008.        /s/ Ari Karen
        Ari Karen