UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KAREN VATEL**<br><br>    Plaintiff,<br><br>    v.<br><br>**ALLIANCE OF AUTOMOBILE MANUFACTURERS**<br><br>and<br><br>**DAVID K. McCURDY**<br>**in his official and individual capacities,**<br><br>    Defendants. | Civil Action no. 1:08-cv-00467-RJL<br>Judge Richard J. Leon<br><br><br>**JURY TRIAL DEMANDED**<br>Removed from D.C. Superior Court<br>    by Defendants |

### NOTICE OF APPEARANCE OF JAMES R. KLIMASKI
### ON BEHALF OF KAREN VATEL

The Clerk will please enter the appearance of James R. Klimaski (#243543) of Klimaski and Associates, P.C., as lead counsel for Karen Vatel, and add Lynn I. Miller (#941559) as an attorney representing Plaintiff Karen Vatel in the above matter.  Megins Skolnick (#498452) will continue as counsel to Ms. Vatel, and any mail service from the Court, or Defendants during discovery where needed, can be consolidated in one package as follows:

    James R. Klimaski, #243543
    Lynn I. Miller, #941559
    Megins S. Skolnick, #498452
    Klimaski & Associates, P.C.
    1625 Massachusetts Avenue NW – Suite 500
    Washington, DC  20036-2245
    202-296-5600
    202-296-5601 Fax
    Klimaski@klimaskilaw.com
    Miller@klimaskilaw.com
    Skolnick@klimaskilaw.com

Respectfully submitted,

April 15, 2008                     /s/ James R. Klimaski
James R. Klimaski, #243543

Klimaski & Associates, P.C.
1625 Massachusetts Avenue NW – Suite 500
Washington, DC  20036-2245
202-296-5600
Fax 202-296-5601
Klimaski@Klimaskilaw.com

***Attorneys for Karen Vatel***

### CERTIFICATE OF SERVICE

I certify that the foregoing ***Notice of Appearance of James R. Klimaski on Behalf of Karen Vatel*** will be served to the following counsel for Defendants in this case by the Court's CM/ECF system after proper filing of an Adobe PDF version of this item on the Court's secure website on April 15, 2008:

Ari Karen
Trevor S. Blake
VENABLE, LLP
575 7th Street NW
Washington, DC 20004
akaren@venable.com
tsblake@venable.com

                                    /s/ Jon Pinkus
Jon Pinkus
Klimaski and Associates, PC