IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN VATEL,<br><br>*Plaintiff*<br><br>vs.<br><br>ALLIANCE OF AUTOMOBILE MANUFACTURERS, INC. and<br><br>DAVID K. MCCURDY, As Chief Executive Officer and President of the Alliance of Automobile Manufacturers, and Individually,<br><br>*Defendants.* | CIVIL ACTION NO. 1:08-cv-00467-RJL |

**DEFENDANTS' RULE 26(a) INITIAL DISCLOSURES**

Pursuant to Fed. R. Civ. P. 26(a), Defendants Alliance of Automobile Manufacturers, Inc. ("Alliance") and David K. McCurdy ("McCurdy") (collectively referred to hereinafter as "Defendants"), by and through their undersigned counsel, hereby submit their initial disclosures.

**Rule 26(a)(1)(A)(i)**

Employees, former employees, and officers of the Alliance are likely to have discoverable information that the Defendants may use to support their defenses. Such individuals can be contacted through the undersigned. Some of those individuals are familiar with the business conducted by the Alliance and matters pertaining to the employment of Karen Vatel ("Plaintiff") with the Alliance. Further, some of those individuals may have information bearing on the specific allegations of the First Amended Verified Complaint. Additionally, some

may have information bearing on Defendants' defenses to Plaintiff's claims.  Specifically, the following individuals, without limitation, are believed to have knowledge that is relevant to matters at issue in the above-captioned case:

- David K. McCurdy
- Charles Robinson
- Lori Johnson
- Karen Vatel
- Fred Webber
- Rochelle Neal
- Sandra Facciolli

**Rule 26(a)(1)(A)(ii)**

The following categories of documents are in the possession, custody, or control of one or more of the Defendants:

1. Communications to and from Plaintiff regarding the performance of her duties at the Alliance; and

2. The Alliance personnel file of Plaintiff.

**Rule 26(a)(1)(A)(iii)**

Defendants have not filed counterclaims against Plaintiff.  As such, at present, Defendants need not provide a computation of damages as called for by Fed. R. Civ. P. 26(a)(1)(A)(iii).

**Rule 26(a)(1)(A)(iv)**

There are no insurance documents as referenced, and called for, by Fed. R. Civ. P. 26(a)(1)(A)(iv).

DATED this 29th day of April 2008.

Respectfully submitted,

**VENABLE LLP**

*Counsel for Defendants*

/s/ Ari Karen
Ari Karen
Bar No. 458963
Phone: (202) 344-4649
Fax: (202) 344-8300
Email: akaren@venable.com

Trevor S. Blake, II
Bar No. 974319
Phone: (202) 344-4000
Fax: (202) 344-8300
Email: tsblake@venable.com

575 Seventh Street Northwest
Washington, DC 20004

**CERTIFICATE OF SERVICE**

I, Ari Karen, hereby certify that, on April 29, 2008, I electronically filed one copy of the foregoing **Defendants' Rule 26(a) Initial Disclosures** with the Clerk of the Court, using the CM/ECF system.

Plaintiff's counsel is a registered user of that system and is able to accept electronic filing. By operation of the Court's electronic filing system, notice of this filing will be sent to all parties' counsel, who may access this filing through that system.

Additionally, I have caused a true and correct copy of the foregoing to be sent, via first-class U.S. Mail with postage prepaid, to Plaintiff's counsel identified below:

> James R. Klimaski, Esq.
> Lynn I. Miller, Esq.
> Megins S. Skolnick, Esq.
> Klimaski & Associates, P.C.
> 1625 Massachusetts Avenue, N.W.
> Suite 500
> Washington, D.C. 20036-2245

Dated this 29th day of April 2008.        /s/ Ari Karen
                                          Ari Karen