## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**KAREN VATEL**

 **Plaintiff,**

 v.

**ALLIANCE OF AUTOMOBILE MANUFACTURERS**

**and**

**DAVID K. McCURDY**
**in his official and individual capacities,**

 **Defendants.**

**Case no. 1:08-cv-00467-RJL**
**Judge Richard J. Leon**

**(Removed from D.C. Superior Court**
 **Case no. 2008 CA 000920 B)**

## PLAINTIFF'S 26(a) DISCLOSURES

Plaintiff  Karen Vatel, through counsel, files these initial disclosures in accordance with Federal Rule of Civil Procedure 26(a) and Local Civil Rule 26.

### I.  RELEVANT INDIVIDUALS.

1.  Karen Vatel, P.O. Box 5353, Laurel, Maryland.

2.  David McCurdy, CEO of Alliance of Automobile Manufacturers.

3.  Charles Robinson, employee of Alliance of Automobile Manufacturers.

4.  Fred Webber, Former CEO of Alliance of Automobile Manufacturers**.**

5.  John Whatley, General Counsel for Alliance of Automobile Manufacturers.

6.  Clinton Blair, Senior Director, Government Affairs for Alliance of Automobile Manufacturers.

7.  Valerie Ughetta, Director, Environment**,** Alliance of Automobile Manufacturers.

8.  Craig Helsing, BMW, 2007 Executive Committee Chairman.

9.  David Geanacopoulos, Volkswagen, Executive Committee.

10. Sheila James, Administrative Assistant, Environment, Alliance of Automobile Manufacturers.

11. Lori Johnson, Director of Human Resources, Alliance of Automobile Manufacturers.

12. Rochelle Neal, Legal Assistant to John Whatley, Alliance of Automobile Manufacturers.

13. Sandra Facciolli, Administrative Assistant, Alliance of Automobile Manufacturers

## II.  RELEVANT DOCUMENTS.

Ms. Vatel has the following documents in her possession and will provide copies to Defendants.

1.  Performance review, 2/2/07

2.  Unsigned severance pay agreement and release from Alliance of Automobile Manufacturers to Ms. Vatel.

3.  Ms. Vatel's work notebooks.

## III.  COMPUTATION OF DAMAGES.

Ms. Vatel seeks the following damages.

1.  Compensatory damages in excess of $500,000.00

2.  Lost wages/benefits to date:

      a.  Six Months in back pay:      $33, 960.00

      b.  One and a half weeks vacation:      $2,122.50

      c.  Four days paid sick leave:      $1,132.00

      d.  Metro-Cheks:      $630.00

    e.  401K continuation:           $1698.00

    f.  Health benefits:             $2766.24

    g.  Personal days:              $566.00

    h.  Annual bonus:             $5200.00

3.  Employment Search Expenses to date:

    a.  Metro Parking:              $59.50

    b.  Metro Rail:               $105.40

    c.  Gas:                     $330.48

    d.  Postage for mailing resumes:    $32.00

4.  Punitive damages against Defendants Alliance of Automobile Manufacturers and David McCurdy in excess of $1,000,000.00.

5.  Attorney fees and costs.

6.  Any other relief this court decides is necessary in the interests of justice.

Respectfully submitted,

*/s/ James R. Klimaski*
James R. Klimaski, #243543
Megins S. Skolnick, #498452
Klimaski & Associates P.C.
1625 Massachusetts Avenue NW
Suite 500
Washington, DC  20036-2245
(202) 296-5600
klimaski@klimaskilaw.com
skolnick@klimaskilaw.com

*Counsel for Karen Vatel*

**Certificate of Service**

I certify that the foregoing ***Plaintiff's Rule 26(a) Disclosures*** will be served to counsel for defendants in this case automatically on April 29, 2008, subsequent to properly filing this item in the approved electronic Portable Document Format (an Adobe PDF file) through this Court's Case Management and Electronic Case Filing notification system operated on a secure sector of this Court's website.

Trevor S. Blake, #974319
Ari Karen, #458963
Venable LLP
575 7th Street NW
Washington, DC  20004
akaren@venable.com


___***/s/ Jon Pinkus***_____
Jon Pinkus
Klimaski and Associates, PC