THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN VATEL,<br><br>*Plaintiff*<br><br>v.<br><br>ALLIANCE OF AUTOMOBILE MANUFACTURERS, INC. and<br><br>DAVID K. MCCURDY, As Chief Executive Officer and President of the Alliance of Automobile Manufacturers, and Individually,<br><br>*Defendants.* | CIVIL ACTION NO. 1:08-cv-00467-RJL<br>Judge Richard J. Leon<br><br>(Removed from D.C. Superior Court<br>Case No. 2008 CA 000920 B) |

**JOINT MOTION FOR ENTRY OF PROPOSED SCHEDULING ORDER**

Plaintiff Karen Vatel and Defendants Alliance of Automobile Manufacturers, Inc., and David K. McCurdy, pursuant to the Court's instructions at the Scheduling Conference of May 16, 2008, hereby jointly request that the attached proposed Scheduling Order be entered.

May 19, 2008                    Respectfully submitted,

*/s/ Ari Karen*                                         */s/ James R. Klimaski*
Ari Karen                                                James R. Klimaski
Bar No. 458963                                       Bar No. 243543
Phone: (202) 344-4649                            Phone: (202) 296-5600
Fax: (202) 344-8300                                 Fax: (202) 296-5601
Email: akaren@venable.com                   Email: Klimaski@klimaskilaw.com
                                                                  1625 Massachusetts Avenue, N.W.
Trevor S. Blake, II                                   Suite 500
Bar No. 974319                                       Washington, D.C. 20036-2245
Phone: (202) 344-4000
Fax: (202) 344-8300                                 *Counsel for Plaintiff*
Email: tsblake@venable.com

575 Seventh Street Northwest
Washington, DC 20004

*Counsel for Defendants*

---

### Certificate of Service

    I certify that the foregoing *Joint Motion for Entry of Proposed Scheduling Order* will be served to counsel for defendants in this case automatically on May 19, 2008, subsequent to properly filing this item in the approved electronic Portable Document Format (an Adobe PDF file) through this Court's Case Management and Electronic Case Filing notification system operated on a secure sector of this Court's website.

    Trevor S. Blake, #974319
    Ari Karen, #458963
    Venable LLP
    575 7th Street NW
    Washington, DC 20004
    akaren@venable.com

                                              */s/ Jon Pinkus*
                                              Jon Pinkus
                                              Klimaski and Associates, PC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KAREN VATEL**<br><br>    Plaintiff,<br><br>    v.<br><br>**ALLIANCE OF AUTOMOBILE MANUFACTURERS**<br><br>and<br><br>**DAVID K. McCURDY**<br>**in his official and individual capacities,**<br><br>    Defendants. | Case no. 1:08-cv-00467-RJL<br>Judge Richard J. Leon<br><br><br>(Removed from D.C. Superior Court<br>    Case no. 2008 CA 000920 B) |

## SCHEDULING ORDER

It is, this _____ day of May, 2008, **ORDERED** that the following deadlines are set:

| | |
|---|---|
| Opening Discovery:<br>(The day of the scheduling conference) | May 16, 2008 |
| Expert Witness Reports Due<br>(90 days from close of discovery) | August 15, 2008 |
| Responsive Expert Witness reports Due<br>(45 days from the close of discovery) | September 28, 2008 |
| Deadline to Join Additional Parties<br>(90 days prior to close of discovery) | August 15, 2008 |
| Deadline to Amend Pleadings<br>(60 days prior to close of discovery) | September 15, 2008 |
| Discovery Closes<br>(180 days from the Scheduling Conference) | November 12, 2008 |

| | |
|---|---|
| Status Conference, Courtroom 18, 11:00 AM<br>(Previously set by the Court) | November 14, 2008 |
| ADR (Mediation/Case Evaluation)<br>(Between the close of discovery and dispositive motions deadline) | December 3, 2008 |
| Dispositive Motions Deadline<br>(45 days from the close of discovery) | December 29, 2008 |
| Dispositive Motions Decided<br>(45 days from filing of last reply, or 122 days from dispositive motions deadline) | April 29, 2009 |
| Pretrial Conference<br>(30 days from the final dispositive motions decision, or 45 days from the close of discovery) | May 25, 2009 |

It is also **ORDERED** that each party be allowed to serve up to twenty-five (25) interrogatories, inclusive of sub-parts, upon each opposing party, up to twenty-five (25) requests for production of documents upon each opposing party, and hold up to five (5) depositions.

**SO ORDERED.**

_____                    _____
Date                                                                         Richard J. Leon
                                                                                   United States District Judge


Copies to:

Counsel via the Court's CM/ECF notification.