UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN VATEL<br><br>    **Plaintiff,**<br><br>    v.<br><br>ALLIANCE OF AUTOMOBILE MANUFACTURERS<br><br>and<br><br>DAVID K. McCURDY<br>in his official and individual capacities,<br><br>    **Defendants.** | Case no. 1:08-cv-00467-RJL<br>Judge Richard J. Leon<br><br><br>(Removed from D.C. Superior Court Case no. 2008 CA 000920 B) |

**PRAECIPE:**
**FILING OF REVISED PROPOSED SCHEDULING ORDER**

Plaintiff Karen Vatel, pursuant to a phone call from Judge's chambers today to delete a couple entries (dated April and May 2009) from the current draft scheduling order, and the Court's earlier instructions at the Scheduling Conference of May 16, 2008, files the attached revised proposed Scheduling Order to be entered and acted on by the Court, with a copy to be served to Defendants' counsel through the CM/ECF notification.

                                        Respectfully submitted,

May 30, 2008                           */s/ James R. Klimaski*
                                          James R. Klimaski, #243543

                                          Klimaski & Associates, P.C.
                                          1625 Massachusetts Avenue NW
                                          Suite 500
                                          Washington, DC  20036-2245
                                          202-296-5600,  Fax 202-296-5601
                                          Klimaski@Klimaskilaw.com

                                          ***Attorneys for Karen Vatel***

## CERTIFICATE OF SERVICE

I certify that the foregoing *Praecipe: Filing of Revised Proposed Scheduling Order* will be served to the following counsel for Defendants in this case by the Court's CM/ECF system after proper filing of an Adobe PDF version of this item on the Court's secure website on May 30, 2008:

Ari Karen
Trevor S. Blake
VENABLE, LLP
575 7th Street NW
Washington, DC 20004
akaren@venable.com
tsblake@venable.com

                                              */s/ Jon Pinkus*
                                              Jon Pinkus
                                              Klimaski and Associates, PC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN VATEL<br><br>  Plaintiff,<br><br>  v.<br><br>ALLIANCE OF AUTOMOBILE MANUFACTURERS<br><br>and<br><br>DAVID K. McCURDY<br>in his official and individual capacities,<br><br>  Defendants. | Case no. 1:08-cv-00467-RJL<br>Judge Richard J. Leon<br><br>(Removed from D.C. Superior Court<br>  Case no. 2008 CA 000920 B) |

## SCHEDULING ORDER

It is, this _____ day of May, 2008, **ORDERED** that the following deadlines are set:

| | |
|---|---|
| Opening Discovery:<br>(The day of the scheduling conference) | May 16, 2008 |
| Expert Witness Reports Due<br>(90 days from close of discovery) | August 15, 2008 |
| Responsive Expert Witness reports Due<br>(45 days from the close of discovery) | September 28, 2008 |
| Deadline to Join Additional Parties<br>(90 days prior to close of discovery) | August 15, 2008 |
| Deadline to Amend Pleadings<br>(60 days prior to close of discovery) | September 15, 2008 |
| Discovery Closes<br>(180 days from the Scheduling Conference) | November 12, 2008 |

|   |   |
|---|---|
| Status Conference, Courtroom 18, 11:00 AM (Previously set by the Court) | November 14, 2008 |
| ADR (Mediation/Case Evaluation) (Between the close of discovery and dispositive motions deadline) | December 3, 2008 |
| Dispositive Motions Deadline (45 days from the close of discovery) | December 29, 2008 |

It is also **ORDERED** that each party be allowed to serve up to twenty-five (25) interrogatories, inclusive of sub-parts, upon each opposing party, up to twenty-five (25) requests for production of documents upon each opposing party, and hold up to five (5) depositions.

**SO ORDERED.**

_____      _____
Date                                                                 Richard J. Leon
                                                                            United States District Judge

Copies to:

Counsel via the Court's CM/ECF notification.