UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 0 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

KAREN VATEL

    **Plaintiff,**

    v.

**ALLIANCE OF AUTOMOBILE
MANUFACTURERS**

**and**

**DAVID K. McCURDY
in his official and individual capacities,**

    **Defendants.**

**Case no. 1:08-cv-00467-RJL
Judge Richard J. Leon**

**(Removed from D.C. Superior Court
Case no. 2008 CA 000920 B)**

## SCHEDULING ORDER

    It is,           **ORDERED** that the following deadlines are set:

| | |
|---|---|
| Opening Discovery:<br>(The day of the scheduling conference) | May 16, 2008 |
| Expert Witness Reports Due<br>(90 days from close of discovery) | August 15, 2008 |
| Responsive Expert Witness reports Due<br>(45 days from the close of discovery) | September 28, 2008 |
| Deadline to Join Additional Parties<br>(90 days prior to close of discovery) | August 15, 2008 |
| Deadline to Amend Pleadings<br>(60 days prior to close of discovery) | September 15, 2008 |
| Discovery Closes<br>(180 days from the Scheduling Conference) | November 12, 2008 |

Status Conference, Courtroom 18, 11:00 AM     November 14, 2008
(Previously set by the Court)

ADR (Mediation/Case Evaluation)     December 3, 2008
(Between the close of discovery and dispositive motions deadline)

Dispositive Motions Deadline     December 29, 2008
(45 days from the close of discovery)

It is also **ORDERED** that each party be allowed to serve up to twenty-five (25)

interrogatories, inclusive of sub-parts, upon each opposing party, up to twenty-five (25) requests

for production of documents upon each opposing party, and hold up to five (5) depositions.    .

**SO ORDERED.**

_____        _____
Date                                Richard J. Leon
                                      United States District Judge

Copies to:

Counsel via the Court's CM/ECF notification.