UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN VATEL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Civil Case No. 08cv467 (RJL)<br>ALLIANCE OF AUTOMOBILE )<br>MANUFACTURERS )<br>)<br>and )<br>)<br>DAVID K. McCURDY, )<br>)<br>Defendants. )<br>_____ ) | |

ORDER AND FINAL JUDGMENT
(January 15, 2010)

For the reasons set forth in the Memorandum Opinion entered this date, it is hereby

**ORDERED** that defendants' Motion for Summary Judgment [# 25] is GRANTED, and it is further

**ORDERED** that judgment is entered in favor of the defendants, and that the case is dismissed with prejudice.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge